IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR396-1 |
| | : | |
| MICHAEL ZECHARIAH TEDDER | : | |

The Grand Jury charges:

COUNT ONE

On or about September 12, 2025, in the County of Davie, in the Middle District of North Carolina, MICHAEL ZECHARIAH TEDDER knowingly did transmit in interstate and foreign commerce a communication to an employee of the Georgia Institute of Technology containing a threat to injure the person of another, specifically "I was just calling to let you know if you guys didn't take down those posters of Charlie Kirk, we're gonna shoot your fucking school up."; in violation of Title 18, United States Code, Section 875(c).

COUNT TWO

On or about September 12, 2025, in the County of Davie, in the Middle District of North Carolina, MICHAEL ZECHARIAH TEDDER knowingly did transmit in interstate and foreign commerce a communication to an employee of the University of North Texas containing a threat to injure the person of another, specifically "I was just calling to let you know that if you guys do not

expel [Individual-1], I will come and shoot your fucking school up and slaughter the kids inside. No mercy. Head shots, neck shots, heart shots, lung shots, upper lung, lower lung, upper lung preferable because it collapses the lung as a whole, and watch, I can watch them choke on their blood. So watch on that. Heil Hitler. White power. We're coming for you nigger. You fucked up nigger."; in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

On or about September 12, 2025, in the County of Davie, in the Middle District of North Carolina, MICHAEL ZECHARIAH TEDDER knowingly did transmit in interstate and foreign commerce a communication to an employee of the Georgia Institute of Technology containing a threat to injure the person of another, specifically "Uh, yeah, just calling to let you know if you guys did not remove the Charlie Kirk posters, there would be a school shooting tomorrow at approximately 12:50, right now. I'm going to be aiming for the head, neck, and mouth, mouth specifically because it separates the spinal cord from the base of the skull, and I will be aiming for the upper lung cause it collapses the lung as a whole, and you get to watch them choke on their blood."; in violation of Title 18, United States Code, Section 875(c).

2

## COUNT FOUR

On or about September 12, 2025, in the County of Davie, in the Middle District of North Carolina, MICHAEL ZECHARIAH TEDDER knowingly did transmit in interstate and foreign commerce a communication to an employee of the University of Louisville containing a threat to injure the person of another, specifically "I was just calling to let you guys know that you are in deep fucking danger if you don't take down those posters mocking Charlie Kirk. Your school will have, you will see fucking hell. We will bring down the love of God. We will slaughter you. You will see something of the likes of which you've never fucking seen boy. You think the devil's scary? You don't even fucking know what I can do with this AR and this AK you fucking pussy. You're gonna fucking find out bitch. Either you take it down or it will be a fucking massacre of like the which you've never fucking seen in your life. So much blood, guts,

and brains you won't even know what to fucking do. And you'll never get over it."; in violation of Title 18, United States Code, Section 875(c).

DATED: November 24, 2025

DAN BISHOP
United States Attorney

BY: ERIC L. IVERSON
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

4