IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:25CR396-1 |
| | : | |
| v. | : | |
| | : | WRIT OF HABEAS CORPUS |
| MICHAEL ZECHARIAH TEDDER | : | AD PROSEQUENDUM |

THE PRESIDENT OF THE UNITED STATES:

To:  Any United States Marshal

To:   Sheriff
       Davie County Jail
       Mocksville, NC

GREETINGS:

We command that you have the body of MICHAEL ZECHARIAH TEDDER, now held in custody at the Davie County Jail, Mocksville, North Carolina, as it is said, under safe and secure conduct before the Judge of the United States District Court for the Middle District of North Carolina at the United States Courthouse, 324 West Market Street, Greensboro, North Carolina, on December 19, 2025, at 10:30 a.m., for arraignment in the case of the United States of America v. Michael Zechariah Tedder, 1:25CR396-1.

This Writ shall remain in effect until such time as MICHAEL ZECHARIAH TEDDER appears before the United States District Court for the Middle District of North Carolina.

WITNESS, the Honorable Magistrate Judge of the United States District Court for the Middle District of North Carolina, and the seal of this Court.

This the 15th day of December, 2025.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**